IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LIFE REAL ESTATE SERVICES, LLC, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LOCKET IP LLC,<br><br>Defendant. | CIVIL NO. 1:22-cv-00080 _____<br><br>**DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Hawaii Life

hereby demands a trial by jury on all issues that are triable of right to a jury in this

action.

DATED:  Honolulu, Hawaii, February 28, 2022.

/s/    John W. Kelly
DOUGLAS S. CHIN
JOHN W. KELLY
TONY PEZZANO (*pro hac vice pending*)
MATTHEW ASBELL (*pro hac vice pending*)
CHINTAN DESAI (*pro hac vice pending*)

Attorneys for Plaintiff
HAWAII LIFE REAL ESTATE SERVICES, LLC

2579811.1