# EXHIBIT 2



September 27, 2021

Via email

Matt Beall
Chief Executive Officer (CEO)
Hawaii Life Real Estate Services LLC
500 Bay Dr, Lahaina, Hawaii, 96761, United States
matt@hawaiilife.com

Re:  Notice of Infringement to Hawaii Life Real Estate Services, LLC. re Locket IP LLC

Dear Mr. Beall:

This letter is to provide notice on behalf of Locket IP LLC ("Locket") to Hawaii Life Real Estate Services, LLC. and its affiliates (collectively "Hawaii Life") of Hawaii Life's infringement of Locket's U.S. Patent No. 10,514,832 ("Locket Patent").  Enclosed with this letter is a copy of the Locket Patent.

After an investigation and comparison of the Locket Patent and the following product and service, including, without limitation, the Hawaii Life Website hawaiilife.com ("Hawaii Life Product"), Locket believes that Hawaii Life is infringing the Locket Patents by making, using, selling and/or offering for sale, as well as instructing Hawaii Life customers to use Hawaii Life Product.  Enclosed with this letter is a claim chart comparing representative claims of Locket's Patent No. 10,514,832 to the Hawaii Life Product.

IP EDGE LLC ("IP EDGE") is the licensing advisor for Locket and is authorized to discuss licensing of the patent described herein.  Through its licensing advisor, Locket would like to discuss with Hawaii Life a mutually beneficial agreement that will provide Locket with value for Hawaii Life's use of its intellectual property.

We respectfully request an initial response of this letter within two weeks from the date of this letter.

To discuss further, please email annetteg@ip-edge.com, and please cc gbodepudi@ip-edge.com and admin@ip-edge.com.

Please let me know if you have any questions.

Best,

Gautham Bodepudi
IP EDGE LLC
Managing Partner
email: gbodepudi@ip-edge.com
copy: annetteg@ip-edge.com
copy: admin@ip-edge.com

Charted Claims:
Method Claims: 1

| US10514832B2 | Hawaiʻi Life ("The accused instrumentality") |
|---|---|
| 1. A method comprising: determining, in response to a user command, regions of interest within each of a plurality of cards by searching information indicating previous user preferences; and | The accused instrumentality practices a method which comprises determining, in response to a user command (a user command to search desired real estate property), regions of interest (address, price, property features, etc.) within each of a plurality of cards (e.g., cards showing houses for sale, rent, etc.) by searching information indicating previous user preferences (e.g., Saved homes, etc.).  https://www.hawaiilife.com/ |



https://www.hawaiilife.com/listings/kauai?displayType=grid



https://www.hawaiilife.com/listings/kauai/east-side?displayType=grid



https://www.hawaiilife.com/listings/kauai/east-side?displayType=grid

 **Registration and authentication**

By registering or authenticating, Users allow this Application to identify them and give them access to dedicated services. Depending on what is described below, third parties may provide registration and authentication services. In this case, this Application will be able to access some Data, stored by these third-party services, for registration or identification purposes.

https://www.hawaiilife.com/privacy/

 **User database management**

This type of service allows the Owner to build user profiles by starting from an email address, a personal name, or other information that the User provides to this Application, as well as to track User activities through analytics features. This Personal Data may also be matched with publicly available information about the User (such as social networks' profiles) and used to build private profiles that the Owner can display and use for improving this Application.
Some of these services may also enable the sending of timed messages to the User, such as emails based on specific actions performed on this Application.

https://www.hawaiilife.com/privacy/

## The purposes of processing

The Data concerning the User is collected to allow the Owner to provide its Service, comply with its legal obligations, respond to enforcement requests, protect its rights and interests (or those of its Users or third parties), detect any malicious or fraudulent activity, as well as the following: Analytics, Registration and authentication, Interaction with live chat platforms, Remarketing and behavioral targeting, Managing contacts and sending messages and User database management.

For specific information about the Personal Data used for each purpose, the User may refer to the section "Detailed information on the processing of Personal Data".

https://www.hawaiilife.com/privacy/

## Types of Data collected

Among the types of Personal Data that this Application collects, by itself or through third parties, there are: Usage Data; Cookies; Data communicated while using the service; email address; first name; last name; phone number.

Complete details on each type of Personal Data collected are provided in the dedicated sections of this privacy policy or by specific explanation texts displayed prior to the Data collection.

Personal Data may be freely provided by the User, or, in case of Usage Data, collected automatically when using this Application.

Unless specified otherwise, all Data requested by this Application is mandatory and failure to provide this Data may make it impossible for this Application to provide its services. In cases where this Application specifically states that some Data is not mandatory, Users are free not to communicate this Data without consequences to the availability or the functioning of the Service.

Users who are uncertain about which Personal Data is mandatory are welcome to contact the Owner.

Any use of Cookies – or of other tracking tools – by this Application or by the owners of third-party services used by this Application serves the purpose of providing the Service required by the User, in addition to any other purposes described in the present document and in the Cookie Policy, if available.

Users are responsible for any third-party Personal Data obtained, published or shared through this Application and confirm that they have the third party's consent to provide the Data to the Owner.

https://www.hawaiilife.com/privacy/

| | |
|---|---|
| updating for display the plurality of cards to visibly show in a display area of a display device the at least one region of interest of multiple cards included in a first group of the plurality of cards, wherein said updating includes repositioning the plurality of cards to remove cards not included in the first group from the display area and to visibly display the at least one region of interest within all of the multiple cards included in the first group within the display area of the display device. | The accused instrumentality practices updating for display the plurality of cards (e.g., cards showing houses for sale, rent, etc.) to visibly show in a display area of a display device (e.g., a user computer device such as laptop, PC, etc.) the at least one region of interest (e.g. address, price, property features, etc.) of multiple cards (e.g., all cards included in the search results) included in a first group of the plurality of cards (e.g., cards with addresses within east side Kausai) wherein said updating includes repositioning the plurality of cards to remove cards not included in the first group (e.g., cards with addresses outside east side Kausai are removed) from the display area and to visibly display the at least one region of interest (e.g., cards with addresses within east side Kausai) within all of the multiple cards included in the first group (e.g., cards with addresses within east side Kausai) within the display area of the display device.<br><br>As shown below, on determining region of interest and based on user command, the cards showing addresses with region of interest are displayed.<br><br><br>https://www.hawaiilife.com/listings/kauai/east-side?displayType=grid |



https://www.hawaiilife.com/listings/kauai?displayType=grid



https://www.hawaiilife.com/listings/kauai/east-side?displayType=grid