# EXHIBIT 4



# 3 results for "Patent number: "10514832""

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 057228/0079 | Aug 13, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | LOCKET IP LLC | 9836190 | 20140298221 | 3 |

Assignor
MAGNOLIA LICENSING LLC

Assigned properties (1 of 3)
Patent number 9836190
Aug 13, 2021
METHOD AND APPARATUS FOR RESTRICTING USER OPERATIONS WHEN APPLIED TO CARDS OR WINDOWS

Assignee
LOCKET IP LLC

Correspondent
LOCKET IP LLC
3333 PRESTON ROAD STE 300 - #1039
FRISCO, TX 75034

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 053570/0237 | Jul 8, 2020 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGNOLIA LICENSING LLC | NONE | 20060282869 | 715 |

Assignor
THOMSON LICENSING S.A.S.

Assigned properties (1 of 715)
Publication number 20060282869
Jul 8, 2020
DISK DRIVER CLUSTER MANAGEMENT OF TIME SHIFT BUFER WITH FILE ALLOCATION TABLE STRUCTURE

Assignee
MAGNOLIA LICENSING LLC

Correspondent
MAGNOLIA LICENSING LLC
13359 NORTH HIGHWAY 183
SUITE 406-733
AUSTIN, TX 78750

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 050989/0185 | Nov 4, 2009 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | THOMSON LICENSING | 10514832 | 20180253203 | 1 |

| Reel/frame ⓘ | Execution date | Conveyance type ⓘ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|

Assignor
RUDMAN, KENNETH
NADZAKOV, VASIL
YOON, ANDREW
YEH, ROGER
BADWIYEH, BASIL
PINVIDIC, GENVIEVE MARIE
FORTE, DANA
DIEP, DAN HAN
AHMED, SAMIR
SHARTZER, LEE
BISHOP, JOHN FREDERICK
BOOTH, JAMES
TRAN, HAO CHI
LEE, PETER
GUDORF, GREGORY
PICKERSGILL, DOUGLAS JASON
WALKER, MARK
PETTIGREW, DAVID

Assigned properties (1 of 1)
Patent number 10514832
Nov 4, 2009
METHOD FOR LOCATING REGIONS OF INTEREST IN A USER INTERFACE

Assignee
THOMSON LICENSING

Correspondent
MICHAEL A PUGEL
20925 CREEK RD
NOBLESVILLE, IN 46060