## STARN • O'TOOLE • MARCUS & FISHER

A LAW CORPORATION

April 1, 2022

Magistrate Judge Kenneth J. Mansfield
U.S. District Court, District of Hawaii
300 Ala Moana Blvd., Room C-435
Honolulu, Hawaii 96850-0338

> **Re:** *Hawaii Life Real Estate Services, LLC v. Locket IP, LLC;*
> <u>**Civil No. 1:22-cv-00080 SOM-KJM**</u>

Dear Judge Mansfield:

We are writing on behalf of Plaintiffs to respectfully request that the Rule 16 Scheduling Conference be re-calendared.

Plaintiffs originally filed this action on February 28, 2022, and a Rule 16 Scheduling Conference is currently scheduled for April 25, 2022. *See* [Dkt. 006]. Plaintiffs are having preliminary discussions with Defendants' counsel and have yet to serve the Complaint upon Defendants, pending the outcome of these discussions.

Based on the foregoing circumstances, we request that the Court re-set the Rule 16 Scheduling Conference.

Please do not hesitate to contact us should you have any questions.

Very truly yours,

/s/ *John W. Kelly*

Douglas S. Chin
John W. Kelly